IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No.  07-cv-00188-EWN-PAC

TRACEY L. WOERNER, and
ROBERT J. WOERNER,

     Plaintiff(s),

v.

UNITED STATES,

     Defendant(s).
_____

### MINUTE ORDER
_____

**ORDER ENTERED BY MAGISTRATE JUDGE O. EDWARD SCHLATTER**

     IT IS HEREBY **ORDERED** that the Motion to Vacate and Reschedule Scheduling Conference [filed February 27, 2007; Doc. No. 6] is **GRANTED.**  The Scheduling Conference set for February 27, 2007 is ***vacated and reset*** to **April 20, 2007 at 9:00 a.m.**, in Courtroom A501.  The proposed Scheduling Order is due on or before **April 13, 2007.**

     In compliance with D.C.Colo. LCivR 83.2B all parties, counsel and witnesses shall have valid, current, photo identification when entering the courthouse.

Dated:  February 28, 2007